# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MATTHEW BOIVIN**                                                                 **PLAINTIFF**
**ADC #110905**

v.                              No: 4:24-cv-00034-BRW-PSH

**SARAH HUCKABEE-SANDERS,** *et al.*                                    **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 4) and the objections filed (Doc. No. 5). After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

IT IS THEREFORE ORDERED THAT:

1. Boivin's claims are dismissed without prejudice.

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 22nd day of February, 2024.

                                                       BILLY ROY WILSON
                                           UNITED STATES DISTRICT JUDGE